Yuliya Mirzoyan (CA Bar #247324)
ymirzoyan@deconsel.com
DeCARLO, CONNOR & SHANLEY
a Professional Corporation
533 South Fremont Avenue, Ninth Floor
Los Angeles, California 90071-1706
Telephone:  (213) 488-4100
Facsimile:   (213) 488-4180

Attorneys for Petitioner CARPENTERS LOCAL UNION NO. 1506

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS LOCAL UNION NO. 1506,<br><br>Petitioner,<br><br>v.<br><br>HARDROCK WALLBOARD, INC.,<br><br>Respondent. | CASE NO. SACV 12-00058 JVS (ANx)<br><br>JUDGMENT CONFIRMING ARBITRATION AWARD |

Upon consideration of the contentions of Petitioner CARPENTERS LOCAL UNION NO. 1506 ("Union"), in open Court, and this Court having jurisdiction under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Award of Arbitrator Louis M. Zigman dated January 1, 2012, is hereby confirmed and enforced, and Respondent HARDROCK WALLBOARD INC. ("Company") shall comply with the Award, including the following monetary remedy:

$310.80 to Brian Stair

$376.80 to Byron Alexander

$310.80 to Oscar Contreras

|   |   |   |
|---|---|---|
| | $310.80 to Darryn Everaga | |
| | $310.80 to Oscar Castaneda | |
| | $298.80 to Richard Burns | |
| | $609.60 to Lionzo Campos | |
| | $70,001.79 to the Southwest Carpenters Trust Funds | |

IT IS FURTHER ADJUDGED that, pursuant to California Civil Code Section 3289(b), the Company must pay an interest at a rate of ten (10) percent per annum from the time of the breach until the date of the Order to Confirm Arbitration Award, i.e., March 16, 2012.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that CARPENTERS LOCAL UNION NO. 1506 has a judgment against HARDROCK WALLBOARD INC., as follows:

| | | | |
|---|---|---|---|
| 1. | Payment to Brian Stair | | $310.80 |
| 2. | Payment to Byron Alexander | | $376.80 |
| 3. | Payment to Oscar Contreras | | $310.80 |
| 4. | Payment to Darryn Everaga | | $310.80 |
| 5. | Payment to Oscar Castaneda | | $310.80 |
| 6. | Payment to Richard Burns | | $298.80 |
| 7. | Payment to Lionzo Campos | | $609.60 |
| | TOTAL OF ITEMS 1 THROUGH 7 | | $2,528.40 |
| 8. | Interest on $2,528.40 at the rate of ten (10) percent per annum pursuant to California Civil Code Section 3289(b) from the day of the breach, June 24, 2011 (see Dkt. 3-5 at p. 4 of 14) to the date of the Order to Confirm Arbitration Award, March 16, 2012 | | $186.34 |
| 9. | Payment to the Southwest Carpenters Trust Funds | | $70,001.79 |
| 10. | Interest on $70,001.79 at the rate of ten (10) percent per annum pursuant to California Civil Code Section 3289(b) from the last day of the breach, June 30, 2011 (see Dkt. 3-5 at p. 9 of 14) to the date of the Order to Confirm Arbitration Award, March 16, 2012 | | $5,101.50 |

| | | |
|---|---|---|
| 1 | GRAND TOTAL | $77,818.03 |

2    The Court retains jurisdiction over this matter for the purpose of ensuring
3 compliance with the Award.

4    IT IS SO ADJUDGED.

6 DATE: April 20, 2012

_____
Judge James V. Selna
Judge of the United States District Court

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is DeCARLO, CONNOR & SHANLEY, a Professional Corporation, 533 South Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On March 29, 2012, I served the foregoing document described as [PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

HARDROCK WALLBOARD, INC.
18340 Yorba Linda Blvd, Suite 107, Rom 616
Yorba Linda, CA 92886

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

[ ]  (BY FACSIMILE) at approximately _____ p.m.

Executed on March 29, 2012, at Los Angeles, California.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Nelly Caywood
Nelly Caywood